PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
JASON P. BASKETT
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE E. GRIMSHAW,<br><br>Defendant. | Case No. 5:22-po-00222-CDB<br><br>[Citation #09887769 CA/14]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss Case No. 5:22-po-00222-CDB [Citation #09887769 CA/14] against GEORGE E. GRIMSHAW, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: November 29, 2022          Respectfully submitted,

                                  PHILLIP A. TALBERT
                                  United States Attorney

                           By:    /s/ *Jeffrey A. Spivak*
                                  JEFFREY A. SPIVAK
                                  Assistant United States Attorney

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**O R D E R**

IT IS HEREBY ORDERED that Case No. 5:22-po-00222-CDB [Citation #09887769 CA/14] against GEORGE E. GRIMSHAW be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **November 29, 2022**                    _____
                                                                                  UNITED STATES MAGISTRATE JUDGE